# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE CALVIN DAVIS, | : | CIVIL NO. 3:15-CV-1445 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN DAVID J. EBBERT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 30<u>th</u> day of October 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 1) to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk of Court is directed to NOTIFY the petitioner.

4. The Clerk of Court is further directed to CLOSE this case.

                                                             **BY THE COURT:**

                                                             **s/James M. Munley**
                                                             **JUDGE JAMES M. MUNLEY**
                                                             **United States District Court**